# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of April, two thousand and sixteen.

Before:      Ralph K. Winter,
             *Circuit Judge.*
_____

Malthe Thomsen,

   Plaintiff - Appellant,

v.

City of New York, William J. Bratton, *et al.*,

   Defendants - Appellees,

**ORDER**

Docket No. 16-751

John Does, 1-11 in their individual and official capacities,

   Defendants.
_____

Appellant moves for an extension of time, until June 1, 2016, to file his brief.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective 6/1/16 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

